NORMANDY BEACH IMPROVEMENT ASSOCIATION v. COMMISSIONER, DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF NEW JERSEY, AND OCEAN COUNTY SEWERAGE AUTHORITY.

Nov. 20, 1979.  Cross-Petition for certification denied.

LILA KAPLAN v. ELBERT A. KAPLAN.

Nov. 20, 1979.  Petition for certification denied.

LILA KAPLAN v. ELBERT A. KAPLAN.

Nov. 20, 1979.  Cross-Petition for certification denied.

DORIS MEAD T/A PARK TERRACE APARTMENTS v. BOROUGH OF FORT LEE.

Nov. 20, 1979.  Petition for certification denied.  (See 170 N.J.Super. 167)

STATE OF NEW JERSEY v. JOHN SANDUCCI.

Nov. 20, 1979.  Petition for certification denied.  (See 167 N.J.Super. 503)